UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
KENNETH BIKTJORN,

               Plaintiff,

-against-

ZIMMER, INC., ZIMMER US, INC., ZIMMER BIOMET, INC. ZIMMER HOLDINGS, INC., ZIMMER BIOMET HOLDINGS, INC. and ZIMMER SURGICAL, INC.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2020

20 Civ. 1009 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court having been apprised that Plaintiff seeks to contest removal of his action to federal court, it is hereby ORDERED that:

1. By **February 28, 2020**, Plaintiff shall file his motion to remand;
2. By **March 20, 2020**, Defendants shall file their opposition; and
3. By **April 3, 2020**, Plaintiff shall file his reply, if any.

SO ORDERED.

Dated: February 7, 2020
       New York, New York

                                         ANALISA TORRES
                                    United States District Judge