

**Thuy T. Bui**
Counsel
thuy.bui@faegredrinker.com
212-248-3144 direct

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2020

April 1, 2020

**VIA ECF**

The Honorable Analisa Torres
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Kenneth Biktkorn v. Zimmer, Inc., et al.**
            **Case 20-CV-1009 (AT) (KNF)**

Dear Judge Torres:

    We represent the Defendants in the above-captioned action. We write to seek a 90-day adjournment of the Rule 16 Initial Pretrial conference, currently scheduled for April 14, 2020, as well as all related deadlines, including, the Rule 26(f) conference, the parties' Rule 26(a)(1) Initial Disclosures and the submission of a proposed Case Management Plan and Scheduling Order, per Your Honor's Individual Rules of Practice. The parties are currently in active settlement discussions and had a mediation scheduled for May 14, 2020. In light of the COVID-19 health crisis, the parties have agreed to postpone the mediation. The parties are optimistic about resolution, and would like the opportunity to resolve this matter informally, before litigation begins in earnest.

    Defendants have conferred with counsel for plaintiff, who consents to this requested adjournment. No prior request for adjournment of the Initial Pretrial Conference has been sought.

GRANTED. The above deadlines are extended by 90 days. The initial pretrial conference scheduled for April 14, 2020, is ADJOURNED to **July 9, 2020**, at **10:40 a.m.** By **July 2, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 1, 2020
       New York, New York

Very truly yours,

*s/ Thuy T. Bui*

Thuy T. Bui
Counsel

_____
ANALISA TORRES
United States District Judge